36

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

JUL 0 2 1998

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESPERANZA CORTEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-099 |
| | § | |
| WAL-MART STORES, INC. | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Esperanza Cortez* | *Esperanza Cortez* | 7-02-98 |
| *[signature]* | *Wal-mart* | 7-02-98 |
| | | |
| | | |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

07-02-98
Date

_____
Filemon B. Vela
United States District Judge

**NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**