United States District Court
Southern District of Texas
ENTERED
JUL 07 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 06 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESPERANZA CORTEZ | § § | |
| VS. | § | CIVIL ACTION NO. B-96-099 |
| WAL-MART STORES, INC. | § § § | |

## MINUTE ENTRY

Esperanza Cortez, pro se, and Jaime Drabek, counsel for Defendant, appeared for a hearing July 2, 1998 before U.S. Magistrate Judge John Wm. Black.

The following rulings were made:

The settings previously set in this case are hereby passed.

Jury selection is set for September 3, 1998 at 8:30 A.M. before U.S. District Judge Filemon B. Vela.

Trial is set for September 14, 1998 at 9:00 A.M. before U. S. Magistrate Judge John Wm. Black.

The Clerk shall send copies of this Minute Entry to the parties.

DONE in Brownsville, Texas, on this 6th day of July, 1998.

John Wm. Black
United States Magistrate Judge