United States District Court
Southern District of Texas
ENTERED
SEP 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 15 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ESPERANZA CORTEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-96-099 |
| | § | |
| WAL-MART STORES, INC. | § | |

## ORDER

On this 3rd day of September 1998, and upon notice to all parties, the above-captioned cause having been set for jury selection, Shirley J. Gray, attorney, appeared on behalf of Defendant Wal-Mart Stores, Inc. Plaintiff Esperanza Cortez failed to appear.

Jury selection had previously been set for July 2, 1998. Shortly prior to that date, the Court entered an Order allowing the withdrawal of Plaintiff's former counsel, Jesse Sotela. Ms. Cortez was granted a continuance to allow time to obtain new counsel. On July 2, 1998, Ms. Cortez was informed that she must appear with or without counsel ready to proceed with jury selection on September 3, 1998. When Ms. Cortez, failed to appear, the Court contacted her by telephone. Ms. Cortez indicated she was in the process of retaining an attorney to represent her. The Court contacted the attorney Ms. Cortez with whom Ms. Cortez spoke. That attorney informed the Court that she had not agreed to represent Ms. Cortez.

Counsel for Defendant Wal-Mart Stores, Inc. moved pursuant to Fed. R. Civ. P. 41(b) for a dismissal of Ms. Cortez's claims due to failure to prosecute.

The Court finds that Defendant's Motion has merit.

IT IS THEREFORE **ORDERED** that the above-captioned cause is **DISMISSED** without

prejudice to the refiling of same.

IT IS FURTHER **ORDERED** that this dismissal is not an adjudication upon the merits of this case.

DONE at Brownsville, Texas, this 15th day of September 1998.

_____
John Wm. Black
United States Magistrate Judge